

# CERTFICATE OF ANALYSIS

*4975 Tejon St.*
*Denver, CO 80211 USA*
*(516) 320-1845*

---

**Batch:** *ADML-BBCS196*
**Test Performed:** *01/26/2019*
**Sample Type:** Flower

PREPARED FOR: 

---

TOTAL THC*: 0.29 %
THC + THC-A % by weight

TOTAL CBD*: 10.32 %
CBD + CBDV % by weight

## Cannabinoid Profile

| Compound | % | mg/unit |
|---|---|---|
| Δ9THC | 0.29 | 2.9 |
| Δ8THC | ND | ND |
| CBD | 10.32 | 103.2 |
| CBN | 0.00 | 0.00 |
| CBG | 0.266 | 2.66 |
| CBV | ND | ND |
| TOTAL | **11.086%** | 110.86 |



Total Cannabinoids' = sum of all cannabinoids, Total THC'"= THCa + d9· TH C, Potential D9 THC = {TH Ca x 0.877) + d9 •THC, Total C8D = C8Da + C8D, Potential CBD"" = {CBDa x 0.877) + CBD. LOQ = Limit of Quantitation; The reported result is based on a sample weight with the applicable moisture content tor that sample; Unless otherwise stated all quality, control samples performed within specifications established by the Laboratory.

NR= Not Reported thus no analysis was performed, ND= Not Detected thus the concentration is less than the Limit of Qualification (LOQ)

---

**APPROVAL**



*Arman Motiwalla*
_____
Arman Motiwalla, Managing Partner
01/26/2019

This product has been tested by ADM Labs, LLC using valid testing methodologies and a quality system as required by state law. Values reported relate only to the product tested. ADM Labs, LLC makes no claims as to the efficiency, safety or other risks associated with any detected or non-detected levels of any compounds reported herein. This certificate shall not be reproduced except in full, without the written approval of ADM Labs, LLC.

EXHIBIT 1